UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 11-667-MWF(FFMx)**　　　　　　　　　Dated: **December 22, 2017**

Title:　　United States of America -*v*- $593,848.00 in U.S. Currency, et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:　　　ATTORNEYS PRESENT FOR DEFENDANTS:

None Present　　　　　　　　　　　　　　　　　　None Present

PROCEEDINGS (IN CHAMBERS):  **ORDER TO SHOW CAUSE RE SANCTIONS**

　　The Court, on its own motion, ORDERS that counsel for the parties show cause in writing on or before **December 29, 2017**, why sanctions should not be imposed for failure to file the **90-day** Joint Status Report as ordered by the Court on **October 12, 2016.**  The last status report was filed **September 13, 2017.**

　　Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, oral argument will not be heard in this matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of **counsel's response or Joint Status Report** on or before the above date.  *Failure to respond to the Court's order may result in dismissal of the action.*

Initials of Deputy Clerk ___cw___