JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>$593,848.00 IN U.S. CURRENCY; AND ONE 2010 HONDA ODYSSEY VAN,<br><br>        Defendants. | NO. 2:11-cv-00667-MWF-FFM<br><br>CONSENT JUDGMENT OF FORFEITURE |

    Plaintiff, the United States of America ("the government or Plaintiff"), and claimant Carlos Bailey ("Claimant") have made a stipulated request for the entry of this Consent Judgment.

    The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

    1.   The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Claimant has filed a claim and an answer. The government has not received any other claims or answers, and the time for filing claims and answers has expired. This Court has jurisdiction over the parties and the Defendants $593,848.00 in

U.S. currency (the "Defendant Currency") and One 2010 Honda Odyssey Van (the "Defendant Van," and collectively with the Defendant Currency, the "Defendant Assets"). Claimant has agreed to the forfeiture of $498,848.00 of the Defendant Currency and the Defendant Van.

2. Any potential claimants to the Defendant Assets other than Claimant are deemed to have admitted the allegations of the complaint. Nothing in this Consent Judgment is intended or should be interpreted as an admission of wrongdoing by Claimant, nor should this Consent Judgment be admitted in any criminal proceeding against Claimant to prove any of the facts relied upon to establish reasonable cause for the seizure of the Defendant Assets.

3. $95,000.00 of the Defendant Currency, without interest, shall be released to Claimant through his counsel.

4. If the government elects to make the payment of $95,000.00 by check, the check shall be payable to "Law Offices of Daniel V. Behesnilian Client Trust Account," and mailed to Claimant in care of his attorney, Mr. Daniel V. Behesnilian at 8484 Wilshire Boulevard, Suite 700, Beverly Hills, CA 90211-3233. If the government elects to make the payment by wire transfer, the funds shall be wire transferred to the Law Offices of Daniel V. Behesnilian Client Trust Account. Upon request from the government, Claimant through his attorney, shall provide personal identifiers and the necessary bank information to complete the transfer.

5. The Defendant Van and the remaining $498,848.00 of the Defendant Currency, together with all interest earned by the

government on the total amount of Defendant Currency, is hereby forfeited to the government, and no other right, title, or interest shall exist therein. The government shall dispose of the forfeited property in accordance with law.

6. The stipulated stay of this action pursuant to 18 U.S.C. § 981(g) (Dkt Nos. 14-15) is lifted.

7. The Court finds that there was reasonable cause for the seizure of the Defendant Assets and the institution of this action. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

8. Each of the parties shall bear its own fees and costs incurred in connection with this action.

IT IS SO ORDERED.

Dated: October 27, 2021

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

Prepared by:

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/ *DAN G. BOYLE*
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

3